UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TYIECHA DAUSWELL,

                Plaintiff,

-against-

AVI FOODSYSTEMS, INC.,

                Defendant.

25-CV-2327 (JGLC)

**ORDER RESCHEDULING INITIAL PRE-TRIAL CONFERENCE**

JESSICA G. L. CLARKE, United States District Judge:

    By order dated May 20, 2025, the Court scheduled an initial pre-trial conference ("IPTC") to occur in this matter on August 14, 2025. ECF No. 12. The Court understands that the parties are scheduled to appear for their first mediation conference on August 20, 2025 at 10:00 AM. As a result, the Court hereby RESCHDULES the initial pre-trial conference to **September 4, 2025 at 2:30 PM.** The Microsoft Teams access credentials and instructions shall remain the same. The parties are further directed to submit a joint letter and proposed case management plan and scheduling order (as contemplated by the IPTC Order, *see* ECF No. 12) by **August 28, 2025** should they be unable to resolve this matter through mediation.

Dated:    August 8, 2025
            New York, New York

                                    SO ORDERED.

                                    *Jessica Clarke*

                                    JESSICA G. L. CLARKE
                                    United States District Judge